Polizzi, Appellant, *v.* Zoning Board of Adjustment.

406

Argued January 14, 1966. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Charles L. Guerin, Jr.,* for appellant.

*Matthew W. Bullock, Jr.,* Second Deputy City So-
licitor, with him *Gerald Gornish,* Assistant City Solici-
tor, and *Edward G. Bauer, Jr.,* City Solicitor, for zon-
ing board, appellee.

*Samuel Diamond,* with him *Stanley W. Bluestine,*
*Irving Koffler,* and *Bluestine, Diamond, Polsky &
Bauer,* for intervenors.

OPINION PER CURIAM, March 22, 1966:

The owners of real estate at 4231 Walnut Street,
Philadelphia, extending back to Sansom Street, applied
to the Philadelphia board of adjustment for a vari-
ance to permit the use of the property as a six-family
dwelling, all the units to be apartments with separate
baths and kitchen facilities. The property was then
being used legally under a variance allowed in 1940 for
nine units (two housekeeping units and seven rooming
units).

The portion of the property fronting on Walnut
Street is zoned R5, and multiple family occupancy is
not permitted in such a zone. The rear 94 feet of the

over-all 194 feet of the property, going back to Sansom Street, is zoned R9, and multiple family occupancy is permitted in such a zone.

The board of adjustment allowed the variance requested, and appellant, the next door neighbor, whose property contains six apartments, appealed to the court below which, without taking testimony, affirmed the action of the board of adjustment. We allowed an appeal under Rule 68½.

Since the court below took no additional testimony, our function is to determine whether the board of adjustment clearly abused its discretion or committed an error of law. *Mulac Appeal,* 418 Pa. 207, 210 A. 2d 275 (1965) ; *Cleaver v. Bd. of Adjustment,* 414 Pa. 367, 200 A. 2d 408 (1964) ; *Jasy Corp. v. Board of Adjustment,* 413 Pa. 563, 198 A. 2d 854 (1964). Finding neither a clear abuse of discretion nor an error of law in the determination of the board of adjustment, its conclusion will be affirmed.

Order affirmed.

Mr. Justice Musmanno dissents.